B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **FLOWERS, BEVERLY P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **BEVERLY P. LYLES-FLOWERS** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **1459** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **903 ELDER ROAD, #11 HOMEWOOD, IL** ZIP CODE **60430** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **SAME** ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **N/A** ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [✓] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [✓] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [✓] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [✓] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1) (4/10)

Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: N/A | Case Number: NONE | Date Filed: N/A |
|---|---|---|
| Location Where Filed: N/A | Case Number: NONE | Date Filed: N/A |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X *Beverly Howes* 11/18/2011
Signature of Attorney for Debtor(s)   (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **FLOWERS, BEVERLY P.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _Beverly Flowers_ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br> **(773) 512-0771** <br> Telephone Number (if not represented by attorney) <br> **18-NOV 2011** <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X **N/A** <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X **None** <br> Signature of Attorney for Debtor(s) <br><br> _____ <br> Printed Name of Attorney for Debtor(s) <br><br> _____ <br> Firm Name <br><br> _____ <br> Address <br><br> _____ <br> Telephone Number <br><br> _____ <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> **None** <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br><br> _____ <br> Address <br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **N/A** <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re __Flowers, Beverly P.___    Case No._____
       Debtor                                (if known)


## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                              Page 2

☑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

30 Day Demand For Possession DATED 9/26/2011 From Kovitz Shifrin Nesbit, attorneys for the 903 Elder Road Condominium Assoc, in the amount of $2,442.86. With an amended payment date of 11/21/2011 as stated in their Correspondence dated 4-Nov 2011. (Copies Attached)

If your certification is satisfactory to the court, you must still obtain the credit **counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Beverly Howes*
Date: 18 Nov 2011

LAW OFFICES OF



*A Professional Corporation*

750 W. Lake Cook Road, Suite 350

Buffalo Grove, Illinois 60089-2073

WEB: www.ksnlaw.com

TEL: 847.537.0983

FAX: 847.537.9311

E-MAIL: collections@ksnlaw.com

November 4, 2011

Beverly P. & Jeremy L. Lyles-Flowers
903 Elder Road, #11
Homewood, IL 60430

NOTICE OF INTENTION
TO COLLECT A DEBT
Pursuant to Fair Debt Collection
Practices Act - 15 USC 1692 et seq.

SUBJECT:    903 Elder Road Condominium Association
OUR FILE #:    CNIN033-61004

Dear Beverly P. & Jeremy L. Lyles-Flowers:

The Board of Directors has reviewed your dispute letter dated October 25, 2011.

1. We have attached a Ledger going all the way back to the last "0" balance which was on August 26, 2008. The balance forward amount of $88.86 is a result of partial payments being received but the full balance not being satisfied.

2. Invoice #1020 in the amount of $54.00 dated September 8, 2010 was a legal fee from attorney, Cossidente & Salus.

3. Invoice #1086 in the amount of $225.00 dated 12/31/2010 represents late fees from April 2010 through December 2010.

Please be advised that we have been in contact with the Board of Directors regarding your request for a payment arrangement to make a down payment of $500.00 on November 18, 2011, then make payments of $150.00 in addition to the regular monthly assessments. Unfortunately, the Board has denied that request.

**However, the Board has offered an alternate payment arrangement:**
**A down payment of ½ of the total balance of $1,552.32 is due on or before November 21, 2011. Then payments of $205.00 are to be paid on or before the 15th day of each month, IN ADDITION to the regular monthly assessment of $205.00, until the account is paid in full.**

To activate this agreement, you must sign the enclosed agreement and remit with your down payment of $1,552.32, no later than November 18, 2011 to begin the payment plan. Failure to do so may result in further collection efforts.

**PAYMENTS MUST BE IN CERTIFIED FORM (MONEY ORDER OR CASHIER'S CHECK) AND MADE PAYABLE TO THE ASSOCIATION AND SENT TO THE LAW FIRM OF KOVITZ SHIFRIN NESBIT, 750 WEST LAKE COOK ROAD, SUITE 350A, BUFFALO GROVE, IL 60089-2073. PAYMENTS MAY BE MAILED OR ACCEPTED IN PERSON 9:00 AM TO 5:00 P.M., MONDAY THROUGH FRIDAY. PLEASE REFERENCE OUR FILE# ON YOUR PAYMENT.**

If you have any questions, you may call me at (847) 777-7270 or by e-mail at krt@kslaw.com. Thank you.

Sincerely,

Katie R. Trelford
Legal Assistant

cc: Board of Directors

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# THIRTY DAY NOTICE AND DEMAND
(Pursuant to Sec. 9-102 *et seq.* of the Illinois Code of Civil Procedure)

DATE:            September 26, 2011

Beverly P. Lyles-Flowers and Jeremy L. Lyles-Flowers
and All Unknown Occupants
903 Elder Road #11
Homewood, IL 60430

SUBJECT:      903 Elder Road Condominium Association
OUR FILE #:   CNIN033-61004-KRT

THIS IS YOUR NOTICE THAT AS OF September 23, 2011 you are in default of your obligation due to the 903 Elder Road Condominium Association the sum of $2,442.86 for your proportionate share of the expenses of administration, maintenance and repair of the common elements/areas and other expenses lawfully agreed upon due and owing for the period 2009 to September 23, 2011 as well as the sum of $226.78 in legal fees and costs in attempting to collect this account, **for a total sum of $2,669.64.** The premises are situated in the City of Homewood, County of COOK, Illinois and are commonly known as:

903 Elder Road #11, Homewood, IL 60430

**In order to bring your account current, you must submit the amount of $2,669.64 in certified funds (cashier's check or money order).** This amount may increase after today with the levy of future assessments, late fees, attorneys' fees and costs of collection, all of which must be satisfied in addition to the foregoing. Should you not choose to pay any of these charges, including the legal fees, they must be adjudicated in a court of law in accordance with 765 ILCS 605/9(g)(1) and/or 735 ILCS 5/9-111.

THIS IS YOUR <u>NOTICE</u> THAT PAYMENT IN FULL OF THE AMOUNT STATED ABOVE IS DEMANDED OF YOU, AND THAT UNLESS YOUR PAYMENT OF THE FULL AMOUNT IS MADE IN CERTIFIED FUNDS (CASHIER'S CHECK OR MONEY ORDER) ON OR BEFORE THE EXPIRATION OF THIRTY (30) DAYS AFTER THE DATE OF MAILING OF THIS NOTICE, THE ASSOCIATION MAY COMMENCE AN ACTION AGAINST YOU UNDER ARTICLE IX OF THE ILLINOIS CODE OF CIVIL PROCEDURE GOVERNING FORCIBLE ENTRY AND DETAINER SEEKING AN ORDER OF POSSESSION OF THE PREMISES AND WHICH MAY RESULT IN A MONETARY JUDGMENT BEING ENTERED AGAINST YOU. PAYMENT IN THE FULL AMOUNT NOTED SHOULD BE MADE PAYABLE TO THE ASSOCIATION AND SENT TO THE LAW FIRM OF KOVITZ SHIFRIN NESBIT, 750 WEST LAKE COOK ROAD, SUITE 350A, BUFFALO GROVE, IL 60089-2073. PAYMENTS MAY BE MAILED OR ACCEPTED IN PERSON 9:00 AM TO 5:00 P.M., MONDAY THROUGH FRIDAY. PLEASE REFERENCE OUR FILE# ON YOUR PAYMENT. ONLY FULL PAYMENT OF ALL AMOUNTS DEMANDED IN THIS NOTICE WILL INVALIDATE THE DEMAND, UNLESS THE PERSON CLAIMING POSSESSION, OR HIS OR HER AGENT OR ATTORNEY, AGREES IN WRITING TO WITHDRAW THE DEMAND IN EXCHANGE FOR RECEIVING PARTIAL PAYMENT.

FEDERAL LAW GIVES YOU THIRTY DAYS AFTER YOU RECEIVE THIS LETTER TO DISPUTE THE VALIDITY OF THE DEBT OR ANY PART OF IT. IF YOU DON'T DISPUTE IT WITHIN THAT PERIOD, I'LL ASSUME THAT IT'S VALID. IF YOU DO DISPUTE IT BY NOTIFYING ME IN WRITING TO THAT EFFECT I WILL, AS REQUIRED BY LAW, OBTAIN AND MAIL TO YOU PROOF OF THE DEBT. AND IF, WITHIN THE SAME PERIOD, YOU REQUEST IN WRITING THE NAME AND ADDRESS OF YOUR ORIGINAL CREDITOR, IF THE ORIGINAL CREDITOR IS DIFFERENT FROM THE CURRENT CREDITOR, I WILL FURNISH YOU WITH THAT INFORMATION TOO. IF YOU REQUEST PROOF OF THE DEBT OR THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY-DAY PERIOD THAT BEGINS WITH YOUR RECEIPT OF THIS DEMAND, THE LAW REQUIRES ME TO SUSPEND MY EFFORTS (THROUGH LITIGATION OR OTHERWISE) TO COLLECT THE DEBT UNTIL I MAIL THE REQUESTED INFORMATION TO YOU. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

## DEMAND FOR POSSESSION

**SUBJECT TO THE TERMS AND PROVISIONS OF THE FOREGOING THIRTY DAY NOTICE AND DEMAND, AND THE ILLINOIS CODE OF CIVIL PROCEDURE, 735 ILCS 5/9-101, et seq., THE ASSOCIATION HEREBY DEMANDS POSSESSION OF THE FOLLOWING DESCRIBED PREMISES AT:**

903 Elder Road #11, Homewood, IL 60430

The Board of Managers of 903 Elder Road Condominium Association

By: _____
Its Attorney

## CERTIFICATE OF MAILING

The undersigned, being first duly sworn upon oath, deposes and says that he/she served a copy of the foregoing Thirty Day Notice and Demand and Demand for Possession by enclosing the same in an envelope addressed to the above noted party at the address above, and deposited same in the U.S. Mail at Buffalo Grove, Illinois, certified mail, return receipt requested and a copy by regular mail, before 5:30 p.m. on the date above, with proper postage.

_____

SUBSCRIBED and SWORN to before me
on September 26, 2011.

_____
Notary Public

OFFICIAL SEAL
TIMOTHY I MASSAT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/26/14

cc: Regular Mail

Kovitz Shifrin Nesbit
750 West Lake Cook Road, Suite 350A
Buffalo Grove, IL 60089-2073
847.537.0983

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

If you need to contact this office to discuss this matter, you may email Katie R. Trelford at ktrelford@ksnlaw.com, call 847.537.0983 or fax to 847.537.9311.

# Statement

903 ELDER ROAD CONDO ASSN
% GELLER & KRAUS CPA'S
18220 HARWOOD
HOMEWOOD, IL. 60430

| Date |
| --- |
| 9/23/2011 |

| To: |
| --- |
| BEVERLY FLOWERS<br>903 ELDER ST, UNIT 11<br>HOMEWOOD, IL 60430 |

| Amount Due | Amount Enc. |
| --- | --- |
| $2,442.86 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2009 | Balance forward | | 88.86 |
| 01/01/2010 | INV #890. Due 01/01/2010. | 205.00 | 293.86 |
| 01/26/2010 | INV #903. Due 01/26/2010. | 25.00 | 318.86 |
| 02/01/2010 | INV #906. Due 02/01/2010. | 205.00 | 523.86 |
| 02/26/2010 | INV #917. Due 02/26/2010. | 25.00 | 548.86 |
| 03/01/2010 | INV #923. Due 03/01/2010. | 205.00 | 753.86 |
| 03/09/2010 | PMT | -300.00 | 453.86 |
| 03/26/2010 | INV #937. Due 03/26/2010. | 25.00 | 478.86 |
| 04/01/2010 | INV #943. Due 04/01/2010. | 205.00 | 683.86 |
| 05/01/2010 | INV #957. Due 05/01/2010. | 205.00 | 888.86 |
| 05/12/2010 | PMT | -250.00 | 638.86 |
| 05/12/2010 | PMT | -270.00 | 368.86 |
| 06/01/2010 | INV #970. Due 06/01/2010. | 205.00 | 573.86 |
| 07/01/2010 | INV #984. Due 07/01/2010. | 205.00 | 778.86 |
| 07/07/2010 | PMT | -300.00 | 478.86 |
| 08/01/2010 | INV #997. Due 08/01/2010. | 205.00 | 683.86 |
| 09/01/2010 | INV #1009. Due 09/01/2010. | 205.00 | 888.86 |
| 09/08/2010 | INV #1020. Due 09/08/2010. | 54.00 | 942.86 |
| 09/08/2010 | PMT | -250.00 | 692.86 |
| 10/01/2010 | INV #1024. Due 10/01/2010. | 205.00 | 897.86 |
| 11/01/2010 | INV #1036. Due 11/01/2010. | 205.00 | 1,102.86 |
| 11/12/2010 | PMT | -300.00 | 802.86 |
| 11/12/2010 | PMT | -300.00 | 502.86 |
| 12/01/2010 | INV #1051. Due 12/01/2010. | 205.00 | 707.86 |
| 12/09/2010 | PMT | -300.00 | 407.86 |
| 12/31/2010 | INV #1086. Due 12/31/2010. | 225.00 | 632.86 |
| 01/01/2011 | INV #1063. Due 01/01/2011. | 205.00 | 837.86 |
| 01/18/2011 | PMT | -260.00 | 577.86 |
| 01/25/2011 | INV #1087. Due 01/25/2011. | 25.00 | 602.86 |
| 02/01/2011 | INV #1075. Due 02/01/2011. | 205.00 | 807.86 |
| 02/25/2011 | INV #1101. Due 02/25/2011. | 25.00 | 832.86 |
| 03/01/2011 | INV #1090. Due 03/01/2011. | 205.00 | 1,037.86 |
| 03/30/2011 | INV #1104. Due 03/30/2011. | 25.00 | 1,062.86 |
| 04/01/2011 | INV #1110. Due 04/01/2011. | 205.00 | 1,267.86 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 25.00 | 230.00 | 230.00 | 230.00 | 1,727.86 | $2,442.86 |

# Statement

903 ELDER ROAD CONDO ASSN
% GELLER & KRAUS CPA'S
18220 HARWOOD
HOMEWOOD, IL. 60430

| Date |
|---|
| 9/23/2011 |

| To: |
|---|
| BEVERLY FLOWERS<br>903 ELDER ST, UNIT 11<br>HOMEWOOD, IL 60430 |

| Amount Due | Amount Enc. |
|---|---|
| $2,442.86 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/25/2011 | INV #1145. Due 04/25/2011. | 25.00 | 1,292.86 |
| 05/01/2011 | INV #1122. Due 05/01/2011. | 205.00 | 1,497.86 |
| 05/25/2011 | INV #1146. Due 05/25/2011. | 25.00 | 1,522.86 |
| 06/01/2011 | INV #1135. Due 06/01/2011. | 205.00 | 1,727.86 |
| 06/25/2011 | INV #1163. Due 06/25/2011. | 25.00 | 1,752.86 |
| 07/01/2011 | INV #1151. Due 07/01/2011. | 205.00 | 1,957.86 |
| 07/25/2011 | INV #1165. Due 07/25/2011. | 25.00 | 1,982.86 |
| 08/01/2011 | INV #1168. Due 08/01/2011. | 205.00 | 2,187.86 |
| 08/25/2011 | INV #1190. Due 08/25/2011. | 25.00 | 2,212.86 |
| 09/01/2011 | INV #1180. Due 09/01/2011. | 205.00 | 2,417.86 |
| 09/23/2011 | INV #1191. Due 09/23/2011. | 25.00 | 2,442.86 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 25.00 | 230.00 | 230.00 | 230.00 | 1,727.86 | $2,442.86 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                              )
                                                    )
                                                    )
                                                    )
                                                    )    Case No.
Debtor(s)                                           )
                                                    )    Chapter
FLOWERS, BEVERLY P.                                 )
                                                    )
                                                    )

List of Creditors

| | |
|---|---|
| 903 ELDER ROAD CONDO ASSOCIATION<br>903 ELDER ROAD<br>HOMEWOOD, IL 60430 | 903 ELDER CONDO ASSOC.<br>C/O KOVITZ SHIFRIN NESBIT<br>750 W. LAKE COOK RD., #350A<br>BUFFALO GROVE, IL 60089-2075 |
| PAUL G. STEWART APTS<br>410 E. BOWEN AVE,<br>CHICAGO, IL 60653 | CHASE BANK<br>OH-1188<br>340 S. Cleveland Ave Bldg. 370<br>Westerville, OH 43081   #8749 |
| TRS. Recovery Services Inc.<br>PO Box 60022<br>City of Industry, CA 91716-0022<br># 307877155-415 | CHASE NATIONAL PAYMENT SERVICE<br>PO BOX 182223<br>Dept. OH1-1272<br>Columbus, OH 43218 |
| BANK OF AMERICA, NA<br>PO BOX 25118<br>TAMPA, FL 33622-5118<br># 0029 1181 4532 | ACC INTERNATIONAL<br>ACC BLDG<br>919 ESTES COURT<br>SCHAUMBURG, IL 60193-4427 |
| TCF NATIONAL BANK<br>800 BURR RIDGE PKWY<br>Burr Ridge, IL 60527 | COMMON WEALTH EDISON<br>PO BOX 6111<br>CAROL STREAM, IL 60197-6111<br>ACCT#: 942 0117012 |

Debtor/Joint Debtor's Name: **FLOWERS, BEVERLY P.**

| | |
|---|---|
| COMMON WEALTH EDISON<br>PO BOX 6111<br>CAROL STREAM, IL 60197<br>ACCT #: 0290819037 | GREEN TREE & ASSOC<br>PO BOX 3417<br>ESCONDIDO, CA 92033-3417<br>Acct #: 0001391422 |
| STAMPS.COM<br>PO BOX 202928<br>DALLAS, TX 75320-2928 | |
| INTERNAL REVENUE SERVICE | |
| | |
| | |
| | |
| | |
| | |